IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Mark Ashby, #267473,           ) | C/A No. 8:15-4461-JMC |
|                                   ) | |
|            Plaintiff,      ) | |
|                                   ) | |
| vs.                                 ) | **ORDER** |
|                                   ) | |
| Joseph Aiken; Johnson Detention Center; Lauren ) | |
| County; Lt. Champin; Officer Rosie Miller; Major ) | |
| Tyson,                             ) | |
|                                   ) | |
|            Defendants.     ) | |
| _____) | |

Plaintiff is a detainee at the Johnson Detention Center in Laurens, South Carolina. Proceeding pro se, he filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated November 20, 2015, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary paperwork (Forms USM-285 for each Defendant) within the timetable set in the Order may subject the case to dismissal. Plaintiff did not respond to the Order, and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

December 29, 2015                                         s/J. Michelle Childs
Columbia, South Carolina                              United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.