AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

William Mark Ashby, a/k/a William Ashby,
*Plaintiff*
v.

Joseph Aiken, Johnson Detention Center, Lauren County, Lt. Champin, Officer Rosie Miller, and Major Tyson,
*Defendants*

)
)
)
)
)
)

Civil Action No.    8:15-cv-04461-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Lynn Larry Hunt, shall take nothing of the defendants; Joseph Aiken, Johnson Detention Center, Lauren County, Lt. Champin, Officer Rosie Miller, and Major Tyson,, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:   December 29, 2015                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                 s/A. Buckingham
                                                                 _____
                                                                 *Signature of Clerk or Deputy Clerk*